```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Dwayne M. Valerio

               v.                    Case No. 15-cv-248-LM

NH Department of Corrections, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 1, 2016 (doc. no. 15), for the reasons set forth therein.

Plaintiff's claims as set forth in his First Amended Complaint are hereby dismissed with the exception of his Fourth Amendment Claims (Claims 1(A)(i)-(iii) and 2(A)(i)-(iv) re: unreasonable searches against defendants C.O. Bonnie Johnson and John Doe C.O.s #3, #4 and #5, and the First Amendment Free Exercise Claim (Claim 2(D)) against the John Doe C.O.s #4 and #5.  The following defendants are hereby dismissed from this case: NH Department of Corrections, Commissioner William Wrenn; NH State Prison, Warden Richard Gerry; John Fouts, John Doe #1, John Doe #2, Jean Carroll, Colon Forbes, Christopher Kench, Karen Anderson, John Does #6-13, John/Jane Does #14 and #15, and the NH Attorney General, Joseph Foster.

Plaintiff's request for preliminary and permanent injunctive relief is hereby denied, without prejudice.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: May 3, 2016

cc: Dwayne M. Valerio, pro se