UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Dwayne M. Valerio

                    v.
                                          Case No. 15-cv-248-LM

William Wrenn, et al.


                        O R D E R


    No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone (document no. 42) dated February 14, 2017, for the

reasons set forth therein.  "'[O]nly those issues fairly raised

by the objections to the magistrate's report are subject to

review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v.

United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).

    Plaintiff's motion to amend the complaint (document no. 29)

is denied, without prejudice to his ability to move to amend his

complaint in the future to name John Doe #3 (See, [43]  Order of

Magistrate Judge Johnstone dated February 14, 2017.

SO ORDERED.

_____
Landya B. McCafferty
United States District

Date:   March 14, 2017

cc:   Dwayne M. Valerio, pro se
      Seth M. Zoracki, Esq.