UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dwayne M. Valerio

    v.                                          Civil No. 15-cv-248-LM

N.H. Department of Corrections
Commissioner William Wrenn et al.

**REPORT AND RECOMMENDATION**

    Before the court is defendants' "Motion to Dismiss John Does #4 and #5 for Failure to Prosecute" (Doc. No. 47). Plaintiff Dwayne Valerio objects (Doc. No. 48).

    On February 14, 2017, the court issued an Order (Doc. No. 43) directing defendants to produce photos of the corrections officers who were on duty at the NHSP on October 16, 2013, so that plaintiff could use those photos to identify those officers. Plaintiff was directed to move to amend his complaint to name the John Doe officers by April 17, 2017. Plaintiff mailed his motion to amend (Doc. No. 49), to this court on or before April 17, 2017, along with a proposed second amended complaint (Doc. No. 49-3), in which he identified John Does #4 and #5 by name.

    Defendants ask the court to dismiss the claims asserted against John Does #4 and #5 for failure to prosecute, on the

basis that Valerio failed to cooperate in viewing the 113 photographs produced to him in March 2017 to assist him in identifying defendants in this matter.  Plaintiff, however, had no obligation to review the photographs.  Plaintiff's obligation was to file a motion to amend, identifying John Doe defendants by name, by April 17, 2017, which he did.  Nothing in the record could reasonably be construed as a failure to prosecute by Valerio at any stage of these proceedings.

For the foregoing reasons, the district judge should deny defendants' motion to dismiss (Doc. No. 47).  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See <u>Santos-Santos v. Torres-Centeno</u>, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

October 23, 2017

cc:  Dwayne M. Valerio, pro se
     Seth Michael Zoracki, Esq.