```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Dwayne M. Valerio

    v.                              Case No. 15-cv-248-LM

N.H. Department of Corrections
Commissioner William Wrenn, et al.

## O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 23, 2017, (Doc. no. 54) and deny defendants' motion to dismiss (Doc. no. 47). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: November 29, 2017

cc:  Dwayne M. Valerio, pro se
     Seth Michael Zoracki, Esq.